**Order entered May 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00413-CV

## IN THE INTEREST OF M.O., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-13-19769-Z**

## ORDER

Before the Court is appellant's April 19, 2019 motion for extension of time to file notice of appeal. Appellant explains the notice of appeal was electronically filed April 4, 2019, the twentieth day after the judgment was signed, but was rejected by a deputy district clerk because of a typographical error. As a result, a second notice of appeal was filed April 5th. That notice of appeal was subsequently amended on April 9th. Appellant asks the Court to deem the notice of appeal filed April 4th timely or, alternatively, extend the time for filing the notice of appeal to April 9th.

Texas Rule of Civil Procedure 21(f)(5) deems an electronically filed document filed when transmitted to the electronic filing service provider. *See* TEX. R. CIV. P. 21(f)(5). Accordingly, we **GRANT** the motion to the extent the appeal is deemed to have been filed April 4th.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE